**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: Unique Quanetta Greene | Case No. 18-31824-KRH |
| Debtor | Chapter 13 |

Debtor's Address:  2422 Barton Avenue, Apt. A
                   Richmond, Virginia 23222

Last Four Digits of Debtor's SSN: xxx-xx-5452

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL AND NOTICE OF HEARING

Counsel for the Debtor, Unique Quanetta Greene, has filed a Motion to Withdraw as Counsel, asking that the Court permit the Boleman Law Firm, P.C., and its lawyers to withdraw as counsel of record in this Chapter 13 case.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one.

**NOTICE IS HEREBY GIVEN** that a hearing thereon will be held on the above-referenced Motion at the United States Bankruptcy Court, in the Honorable Kevin R. Huennekens's Courtroom, 701 E. Broad Street, Room 5000, Richmond, VA 23219-3515, on September 19, 2018, at 11:30 a.m.

If you want to be heard on this matter, then no later than three (3) days prior to the date of the hearing, you or your attorney must:

1. File with the court, at the address below, a written response pursuant to Local Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street, Suite 4000
    Richmond, VA 23219

2. You must also send a copy to:

    Boleman Law Firm, P.C.
    2104 Laburnum Ave., Suite 201
    P.O. Box 11588
    Richmond, VA 23230-1588

Amanda Erin DeBerry (VSB #83805)
Boleman Law Firm, P.C.
2104 W. Laburnum Avenue, Suite 201
P.O. Box 11588
Richmond, Virginia 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Dated:  September 12, 2018

**Respectfully Submitted,**
BOLEMAN LAW FIRM, P.C.

By: /s/ Amanda Erin DeBerry
Amanda Erin DeBerry (VSB #83805)
Boleman Law Firm, P.C.
2104 W. Laburnum Avenue, Suite 201
P.O. Box 11588
Richmond, Virginia 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

## CERTIFICATE OF SERVICE

I certify that on September 12, 2018 I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest on the mailing matrix attached hereto.

By: /s/ Amanda Erin DeBerry
Counsel for Debtor

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re: Unique Quanetta Greene            Case No. 18-31824-KRH
Debtor            Chapter 13

**MOTION TO WITHDRAW AS COUNSEL**

Boleman Law Firm, P.C., ("Boleman") hereby respectfully requests that the Court allow Boleman and each of its respective lawyers to withdraw as counsel of record for Unique Quanetta Greene (the "Debtor") based upon the following reasons:

1. Debtor filed this case on April 5, 2018.

2. Counsel has not been able to main communication with the Debtor, despite repeated attempts via phone, electronic mail, and regular first-class mail, and despite previous admonishments to Debtor of the importance of maintaining communications with counsel.

3. Counsel believes continued representation of the Debtor under the circumstances would be in violation of the Rules of Professional Conduct, i.e., Rule 1.2(c) and (d), Rule 1.3(a) and (b), Rule 1.4 (a), (b), and (c), and Rule 3.3(a).

4. Further, counsel believes Rule 1.16(a) and (b) require termination of the representation and requires that counsel seek leave to withdrawal.

WHEREFORE Boleman Law Firm, P.C., and its respective lawyers request that this Honorable Court enter an Order permitting the withdrawal as counsel of record and grant any further relief that the Court deems to be just and proper under the circumstances.

Amanda Erin DeBerry (VSB #83805)
Boleman Law Firm, P.C.
2104 W. Laburnum Avenue, Suite 201
P.O. Box 11588
Richmond, Virginia 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

**Respectfully Submitted,**

BOLEMAN LAW FIRM, P.C.

By: /s/ Amanda Erin DeBerry
Amanda Erin DeBerry (VSB #83805)
Boleman Law Firm, P.C.
2104 W. Laburnum Avenue, Suite 201
P.O. Box 11588
Richmond, Virginia 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

## CERTIFICATE OF SERVICE

I certify that on September 12, 2018 I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest on the mailing matrix attached hereto.

By: /s/ Amanda Erin DeBerry
Counsel for Debtor

American Credit Acceptance
961 E. Main Street, 2nd Floor
Spartanburg, SC 29302

Andover Place Apartments
2852 Fairfield Ave #B
Richmond, VA 23223

CALL Federal Credit Union
4605 Commerce Road
P.O. Box 26603
Richmond, VA 23261

Check City
Attn: Bankruptcy
2729 W. Broad Street, Suite B
Richmond, VA 23220

Cornerstone Acceptance
3741 S. Nova Rd
Port Orange, FL 32129

Genesis Properties, Inc.
Attn: Bankruptcy Dept
101 West Commerce Road, 2nd fl
Richmond, VA 23224

Great Richmond Rentals
2000 West Club Lane
Richmond, VA 23226

Henrico Federal Credit Union
8611 Dixon Powers Drive
Richmond, VA 23228

John Trexlar
2800 Buford Rd # 201
Richmond, VA 23235

Lafayette, Ayers & Whitlock
10160 Staples Mill Rd
Ste 105
Glen Allen, VA 23060

M&M Automotive
5414 Hull Street
Richmond, VA 23234

Peoples Advantage Credit Union
Re:  Bankruptcy
P.O. Box 3180
Petersburg, VA 23805-3180

Rent-A-Wreck
8410 W Broad St
Henrico, VA 23294

River Trace FCU
6011 Staples Mill Rd
Henrico, VA 23228

Westlake Financial Services
Re:  Bankruptcy
P.O. Box 76809
Los Angeles, CA 90076-0809

Yvonne Greene
2422 Barton Ave., Apt. A
Richmond, VA 23222